IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


VICTOR SALLEE                    .                                    PLAINTIFF


       V.                    Civil No. 2:14-cv-02141-MEF


CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                        DEFENDANT

## J U D G M E N T

      For reasons stated in the memorandum opinion of this date, we hereby affirm the decision

of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty days**

**from entry of the judgment on the docket in which to appeal.**

      IT IS SO ORDERED AND ADJUDGED this 3rd day of December, 2015.


                      /s/ Mark E. Ford
                      HONORABLE MARK. E. FORD
                      UNITED STATES MAGISTRATE JUDGE